AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JAN 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4-11-70065-MAG |
| Crystal Woods | ) | |
|  | ) | Charging District: District of Nevada, Reno |
| Defendant | ) | Charging District's Case No. 3:10-CR-0119-RCJ-VPC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of Nevada<br>400 South Virginia St., Room 301<br>Reno, Nevada 89501-2193 |
|---|---|
| Courtroom No.: | General Duty Magistrate Judge |
| Date and Time: | 1/24/11 (or as set by the Mag. Judge) |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1/20/11

_Judge's signature_

DONNA M. RYU, United States Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services, 2 certified copies to US Marshal
    Mag. Judge Robert A. McQuaid, Jr's Chambers, Financial